Michael Hucul
PO Box 2638
San Marcos, CA 92079
(616) 828-9533
hucul@sbcglobal.net

FILED

17 NOV -2 PM 12:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___            JDT   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Hucul<br><br>                Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union<br><br><br>                Defendants. | Case No.: '17CV2238 DMS MDD<br><br>**\*EX PARTE\*: Immediate Injunctive Relief, 12 U.S.C. §3418**<br><br>**Complaint: Violations of 12 U.S.C. §§ 3402, 3403, 3405, 3406, 3407, 3408, & 3411.**<br><br>Action filed:   November 2, 2017 |

## Jurisdiction

This District Court has jurisdiction per 12 U.S.C. §3416.

1

**Table of Contents**

Authorities..................................................................................2

Introduction...............................................................................3

Statement of the Facts...............................................................3

Argument....................................................................................4

Conclusion..................................................................................4

**Authorities**

Flowers v. First Hawaiian Bank,
295 F. 3d 966 - Court of Appeals, 9th Circuit (2002)......................4, 5

SEC v. Jerry T. O'Brien, Inc.,
467 US 735 - (1984)......................................................................4

## Introduction

1    Because 12 U.S.C. §3403(a) indicates no financial institution "may provide to
2  any Government authority" copies of its customers information or records
3  "except in accordance to the provisions of this chapter".

4    Defendant Navy Federal Credit Union (Navy) has failed to comply with the
5  "provisions of this chapter" by giving the State of California, San Diego County
   and their Department of Child Support Services, (DCSS) information regarding
6  Michael Hucul's (Hucul) association with a checking and a savings account
7  belonging to Hucul's wife and Hucul's son.  Plaintiff Hucul must now file this
8  Complaint .

9    12 U.S.C. §3403(b) indicates Navy "shall" not release Hucul's financial
10 information to DCSS unless DCSS certifies it is in compliance with the Act.

11
     12 U.S.C §§ 3405, 3406, 3407, and 3408 all require Hucul to have been
12 provided with copies of requests, subpoenas, and or summons on or before Navy
13 was notified of DCSS's intent.  This has not happened.

14
     12 U.S.C. §3411 indicates once Navy receives a request from DCSS, DCSS
15 must provide a "certificate of compliance" prior to Navy releasing any
   information regarding Hucul's association with his families checking and savings
16 accounts.  This has not happened.
17

18   12 U.S.C. §3412(b) indicates a copy of the certificate of compliance is to be
   sent to Hucul from Navy with information regarding Hucul's rights under the
19 Financial Privacy Act of 1978. (Act) And this has not happened.
20

21                          ## Statement of the Facts
22   That child support is ordered to be paid by "absent"/"non-custodial" parents,
23 42 U.S.C. §§651-669b and California Family Code (Code) 4050-4076. (Sullivan
   v. Stroop, 496 US 478 - (1990))
24

25   That the Social Security Act §454A(a) directs the States to have in operation a
26 single statewide "automated data processing and information retrieval system".

27   That the State of California has an automated system for delinquent child
28 support.  (Code 4700-4701)

3

1
2
3
4
5

  That Navy is headquartered in Vienna Virginia, and has branches in the State of California, and because they operate in California, the State of California requires they coordinate a "data match system", subject to "state and federal privacy" security laws, designed to match bank accounts with non-custodial parents who are delinquent with their child support payments. (Code 17450 - 17460)

6
7
8

  That Hucul's records as a "Customer" of Navy, defined by 12 U.S.C. §3401(5), are protected by the (Act). (SEC v. Jerry T. O'Brien, Inc., 467 US 735 - (1984))

9
10
11

  That Hucul's wife is the primary customer on a checking account with Navy, with Hucul being added as a joint customer. And Hucul started a primary savings account in joint with his minor son, so his son could to start saving money.

12
13
14
15
16

  That on September 29, 2017, Hucul tried to withdraw funds out of his Navy joint account with his wife and was denied access to all of his family's funds including $470.30 of his son's savings for a total of $3,217.04 that was frozen by Navy. After a distressful inquiry as to why, Navy just gave Hucul a phone number to call DCSS. When Hucul expressed more concern, Navy emailed Hucul a copy of a letter dated September 6, 2017, from DCSS. (Attachment "A")

17

  That Hucul is a parent with joint custody of his son.

18
19

## Argument

20
21
22
23

  Because Navy did not request a "certificate of compliance" from DCSS prior to freezing Hucul's accounts, nor did Navy notify Hucul of any "requests, subpoenas, and or summons" before freezing Hucul's accounts, Navy has violated §§ 3402 - 3412 of the Act. (Flowers v. First Hawaiian Bank, 295 F. 3d 966 - Court of Appeals, 9th Circuit (2002))

24
25

## Conclusion

26
27
28

  Because Navy has indicated to Hucul they will send his $3,217.04 to DCSS if Hucul does not provide Navy with a Court order to release these funds back to Hucul by November 6, 2017, Hucul must now file this Complaint and include a request for an immediate injunction as provided by 12 U.S.C. §3418.

1   Navy has participated in the violation of Hucul's due process rights and Hucul
2   requests this Court to also find Navy in violation of several parts of the Act and
3   requests this Court to award Hucul $100 for each occurrence, plus costs, actual
    and punitive damages, a minimum of $4,500 for the unlawful withholding of
4   Hucul's funds, and any other damages this Court considers just.   (Flowers v.
5   First Hawaiian Bank, 295 F. 3d 966 - Court of Appeals, 9th Circuit (2002))

6

7                                   Respectfully submitted,

8

9   Dated: November 2, 2017
10
                                          Michael Hucul
11                                          in Pro Se
                                       hucul@sbcglobal.net
12                                       (616) 828-9533
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        5

# ATTACHMENT

**Attachment "A"**

**Subject:** [spam] Message from Navy Federal Credit Union [Incident:170929-012233]

**From:** Navy Federal Credit Union (member.support@nfcu.org)

**To:** HUCUL@SBCGLOBAL.NET;

**Date:** Friday, September 29, 2017 12:58 PM


PER YOUR REQUEST

Please do not include sensitive information when replying to this message.  To protect your financial privacy, we advise using Navy Federal's secure e-messaging system when sending any message that may contain account numbers, access numbers, Social Security numbers, or other sensitive information.  To send a secure message, log on to your account at navyfederal.org.


## Attachments

- HUCUL.pdf (266.20KB)



CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES
PO BOX 989069
WEST SACRAMENTO CA 95798-9069



09/06/2017

Participant Number: 300000004063589
SSN: 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
Amount Due: 8722.20
Debtor:
MICHAEL HUCUL
PO BOX 2638
SAN MARCOS CA 92079-2638

NAVY FEDERAL CREDIT UNION
820 FOLLIN LN SE
VIENNA VA 22180-4907



**CHILD SUPPORT COLLECTIONS
ORDER TO WITHHOLD**

We are issuing this Order to Withhold to collect a past-due child support debt pursuant to California Family Code Section 17453 & 17522.5. You must withhold the debtor's assets at the time you receive this order up to the total amount due shown above. Do not withhold more than the amount due.

We are directing this order against any credits or payments belonging to the debtor, such as:

- Deposits in financial institutions, including Individual Retirement Accounts (IRA) and Simplified Employee Pension Plans (SEP).
- Declared dividends, rents, royalties, deposits in vacation or holiday trust funds.
- Stocks, bonds, mutual funds, etc.
- Any other personal property in your possession or under your control.

Refer to the "NOTICE" section on page 2 of this order if you have property other than cash, payments, or credits belonging to the debtor. If you are unsure if the type of funds you possess are subject to collection for child support, please contact our office at **(866) 901-3212**.

**TO COMPLY WITH THIS ORDER, PLEASE DO THE FOLLOWING:**

1. Freeze the debtor's assets up to the amount due shown above for 10 business days.
2. Immediately deliver page 3 of this notice to the debtor.
3. After the 10 business days, remit the cash assets, and make the check payable to: **Child Support Collections**. *Please include the debtor's full name, and participant number as shown above*. Refer to the notice at the bottom of page 2 if you are holding non-cash financial assets.
4. Complete page 2 of this notice. *Note: You must complete page 2 and return it to our office even if you do not withhold assets.*
5. Attach the payment to page 2 and return both items to our office at the address shown at the top of this page.
6. Advise any interested parties to present claims to the funds by calling our office at **(866) 901-3212**.

Thank you for your cooperation.                RETAIN THIS PAGE FOR YOUR RECORDS

ORDER TO WITHHOLD
DCSS 0853 (01/13/09)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES

Page 1 of 4



09/06/2017

CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES
PO BOX 989069
WEST SACRAMENTO CA 95798-9069

Participant Number: 300000004063589
Amount Due: 8722.20
Debtor:
MICHAEL HUCUL
PO BOX 2638
SAN MARCOS CA 92079-2638

NAVY FEDERAL CREDIT UNION
820 FOLLIN LN SE
VIENNA VA 22180-4907



## CHILD SUPPORT COLLECTIONS
## ORDER TO WITHHOLD

We are issuing this Order to Withhold to the addressee shown above to collect your past-due child
support debt (California Family Code Section 17453 & 17522.5).

This order is directed against any credits or payments belonging to you, and may include:

- Deposits in financial institutions, including Individual Retirement Accounts (IRA)
  and Simplified Employee Pension Plans (SEP).
- Declared dividends, rents, royalties, deposits in vacation or holiday trust funds.
- Stocks, bonds, mutual funds, etc.
- Any other personal property in your possession or under your control.

If these funds include any money from Social Security or Supplemental Security Income, please contact
us immediately at **(866) 901-3212** .

We instructed the addressee to freeze all credits or payments (up to the amount due) for 10 business
days. After the 10 business days, the addressee will remit the funds (including funds from the liquidation
of non-cash assets) to our office and we will apply the funds to your past-due account. **Please contact
the addressee immediately if you have questions about the liquidation process.**

If the addressee withholds less than the amount due, you must pay the remaining unpaid balance
immediately to avoid further collection action. Attach your payment to a copy of this notice and mail it to
our office at the address shown above.**Please make your check or money order payable to: Child
Support Collections. Include your name and participant number, as shown above on your
payment.**

If immediate full payment of the amount due will create an undue hardship, or if you have already paid the
amount due, contact us immediately at **(866) 901-3212** . You have a right to an administrative review.

If you have any questions regarding specific account information or if you disagree with the balance,
please call **(866) 901-3212** and request the appropriate office(s) listed below.

| County | CSE Case No. | Amount Due |
|---|---|---|
| SAN DIEGO | 200000001899110 | 8722.20 |

ORDER TO WITHHOLD
DCSS 0653 (01/13/09)

**DEBTOR'S COPY**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES

Page 3 of 4

**CHILD SUPPORT COLLECTIONS**
**ORDER TO WITHHOLD**

---

**STATE OF CALIFORNIA**
**CHILD SUPPORT COLLECTIONS**

**GENERAL INFORMATION**

The California Department of Child Support Services Program was established by the California Legislature to help local child support agencies collect past-due child support. Section 17453 & 17522.5 of the California Family Code authorizes the California Department of Child Support Services to levy bank accounts, and seize personal property when collecting past-due child support.

**YOUR PAST-DUE CHILD SUPPORT**

This order to withhold was sent even though you may be making child support payments or you may have payments taken directly out of your paycheck. Those payments may be for current or other child support. This action is for past-due child support that you are obligated to pay. In addition to remaining current in your child support payments, you have a legal requirement to pay all past-due child support.

Collection action will continue until you pay your account in full, or until the office(s) listed on page 3 instructs us to do otherwise.

**IF YOU DISAGREE WITH THE BALANCE DUE**

IF YOU DO NOT BELIEVE THAT YOU OWE THIS DEBT OR IF YOU DISAGREE WITH THE AMOUNT DUE, YOU MUST CONTACT THE OFFICE(S) LISTED ON PAGE 3. In order to process your request faster, please have your participant number and/or social security number ready.

**ASSISTANCE FOR PERSONS WITH DISABILITIES**

We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (866) 399-4096.

**ADDITIONAL INFORMATION**

For more information on finding a lawyer or local family law facilitator to help you, see the California courts on-line Self-Help Center at http://www.courtinfo.ca.gov/selfhelp.

---

**ESTADO DE CALIFORNIA**
**RECAUDACIÓN DE MANUTENCIÓN DE HIJOS**

**INFORMACIÓN GENERAL**

El Programa del Departamento de Servicios de Manutención de Menores del Estado de California fue establecido por la Legislatura de California para ayudar a las agencias locales de mantenimiento de hijos a cobrar las deudas de mantenimiento atrasada. La sección 17453 y 17522.5 del Código de Familia de California, autoriza al Departamento de Servicios de Manutención de Menores del Estado de California a embargar cuentas bancarias y propiedad personal para cobrar deudas atrasadas de mantenimiento de hijos.

**SU RETRASO DE MANTENIMIENTO DE HIJOS**

Esta orden de retención fue enviada aunque usted está haciendo pagos de mantenimineto de hijos o le estén quitando los pagos directamente de su cheque de pago. Estos pagos puede que sean solamente para el mantenimiento mensual u otro. Esta acción es para los atrasos de mantenimiento de hijos que usted esta obligado a pagar. Además de tener que mantenerse puntual en sus pagos de mantenimiento, usted tiene una obligación legal de pagar todo el mantenimiento atrasado.

Las acciones de cobro continuarán hasta que usted pague por completo su deuda o hasta que la(s) oficina(s) que aparece en la página tres nos instruya de otra manera.

**SI NO ESTÁ DE ACUERDO CON EL BALANCE DEBIDO**

SI USTED NO CREE QUE DEBA ESTA DEUDA O SI NO ESTÁ DE ACUERDO CON LA CANTIDAD DEBIDA, USTED DEBE LLAMAR A LA(S) OFICINA(S) QUE APARECE EN LA PÁGINA TRES. Para poder procesar su pedido rapidamente, por favor tenga su numero de participante o numero de seguro social listo.

**ASISTENCIA PARA PERSONAS INCAPACITADAS**

Nosotros estamos en conformidad con el Acta de Americanos Incapacitados. Personas con problemas auditivos pueden llamar al TTY/TDD (866) 399-4096.

**INFORMACIÓN ADICIONAL**

Para obtener más información sobre cómo encontrar un abogado local o facilitador de leyes de familia, búsque el centro de asistencia de las cortes de California al http://www.courtinfo.ca.gov/selfhelp.

---